THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Lynn Roberts, III,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 03-UP-120
Submitted January 10, 2003  February 
 13, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of 
 Columbia; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 H. Richardson, of Columbia; Solicitor Barbara R. Morgan, of Aiken; for Respondent.
 
 
 

PER CURIAM:  Lynn Roberts appeals his conviction 
 for failure to stop for a blue light.  Appellate counsel has 
 filed a final brief accompanied by a petition to be relieved.  Roberts has not 
 filed a pro se response brief. 
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 S.C. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., 
 concur.